IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:19-cr-118-DPM

CURTIS SHANNON
Reg #32618-009     DEFENDANT

## ORDER

Shannon filed a motion for early termination of his supervised release. The government and the United States Probation Office oppose his request.

The Probation Office reports a few bumps since Shannon began supervised release. He twice failed drug tests in 2023. That was more than a year and half ago, though, and he denied knowingly using drugs. Shannon also didn't keep his probation officer informed about his burgeoning romance with his now-wife. He should have, as she has a felony conviction. This falls in the category of "should have been handled better." These bumps aside, Shannon appears to have gotten himself on track. He has worked steadily since his release. He is active in weekly substance abuse recovery meetings. And the Court congratulates him on his marriage.

The motion, *Doc. 45*, is denied without prejudice and with instructions. Shannon has some criminal history, which gives the Court

pause. He can file a renewed motion for early termination after 1 October 2025. If probation reports no new violations between now and then, the Court will grant the motion.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

23 April 2025